Brian Schall et al v. West Publishing Corporation Doc. 4

SEND

FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN SCHALL AND ANAND L. DANIELL, Individuals, PLAINTIFF(S) v. WEST PUBLISHING CORPORATION, A Minnesota Corporation dba BAR/BRI, DEFENDANT(S) | CASE NUMBER CV 07-05146-JFW(SSx) **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 07-02** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Judge Segal is a close personal friend of one of the Plaintiff's parents.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 07-02.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

8/13/07
Date

United States ~~District~~ Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge Rosalyn M. Chapman. On all documents subsequently filed in this case, please substitute the initials RC after the case number in place of the initials of the prior Judge so that the case number will read: CV 07-5146 JFW (RCx).

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western ☐ Southern ☐ Eastern Division.

**Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

4



ENTERED ON CM 8/17/07

Dockets.Justia.com