Case 2:07-cv-05146-R-E Document 5 Filed 08/23/2007 Page 1 of 1

Brian Schall et al v. West Publishing Corporation Doc. 5

ORIGINAL

SEND

FILED
CLERK, U S DISTRICT COURT
AUG 23 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Brian Schall, et al<br>Plaintiff(s),<br>v<br>West Publishing Corporation<br>Defendant(s). | CASE NUMBER:<br>CV 07-5146 JFW (RCx)<br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07-02 ( Related Cases)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 07-02.

August 22, 2007
*Date*

Manuel L. Real
*United States District Judge*

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

*Date*

*United States District Judge*

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case CV 05-3222 R (Mcx) and the present case:

- ☑ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge Segal to Magistrate Judge Eick.

On all documents subsequently filed in this case, please substitute the initials R (Mcx) after the case number in place of the initials of the prior judge, so that the case number will read CV 07-5146 R (Ex). This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western ☐ Southern ☐ Eastern Division.

**Subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.**

5



AUG 21 2007

ENTERED ON CM 8/23/07

Dockets.Justia.com